No. 95–314.   IN RE FLEMING;

No. 95–5576.   IN RE SANDERS; and

No. 95–5613.   IN RE HARVEY.   Petitions for writs of mandamus denied.

No. 95–5284.   IN RE CHUDNOVSKY; and

No. 95–5644.   IN RE COLEN.   Petitions for writs of mandamus and/or prohibition denied.

No. 94–1940.   MICHIGAN v. MALLORY ET AL.   Ct. App. Mich. Certiorari denied.

No. 94–1968.   ADAMS ET AL. v. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL.; and

No. 95–44.   BECHERER ET AL. v. ADAMS ET AL.   C. A. 6th Cir. Certiorari denied.

No. 94–2064.   SYCUAN BAND OF MISSION INDIANS ET AL. v. PFINGST, DISTRICT ATTORNEY, SAN DIEGO COUNTY; and

No. 95–174.   PFINGST, DISTRICT ATTORNEY, SAN DIEGO COUNTY v. SYCUAN BAND OF MISSION INDIANS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 94–2102.   U. A. LOCAL NO. 343 OF THE JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL–CIO, ET AL. v. NOR-CAL PLUMBING, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 94–2115.   YOUNGER v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 94–2117.   KIDD ET UX. v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 94–9090.   MATA v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 94–9650.   EASTER v. STAINER, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 94–9800.   GONZALEZ v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.